CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB - 3 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WAYNE K. MATHIS, | ) | Civil Action No. 7:11-cv-00271 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DR. L. WANG, et al., | ) | By:   Hon. Jackson L. Kiser |
|     Defendants. | ) |       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's claims against Dr. Larissa N. Dobransky, Dr. Edmond Wickham, III, Dr. Bob Behnke, Dr. Chan Huei Farn, and Dr. Laurel Lycholm are **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and they are **TERMINATED** as defendants, pursuant to Rule 21, Fed. R. Civ. P.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 3rd day of February, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge