CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB - 3 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **WAYNE K. MATHIS,** | ) | Civil Action No. 7:11-cv-00271 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DR. L. WANG, et al.,** | ) | **By:** **Hon. Jackson L. Kiser** |
| **Defendants.** | ) | **Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's claims against Dr. Larissa N. Dobransky, Dr. Edmond Wickham, III, Dr. Bob

Behnke, Dr. Chan Huei Farn, and Dr. Laurel Lycholm are **DISMISSED without prejudice** for

failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1),

and they are **TERMINATED** as defendants, pursuant to Rule 21, Fed. R. Civ. P.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 3rd day of February, 2012.

Senior United States District Judge