CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 29 2012

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

for Roanoke

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WAYNE K. MATHIS,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:11-cv-00271 |
| v. | ) <br> ) | **ORDER** |
| DR. L. WANG, <u>et al.</u>,<br>    Defendants. | ) <br> ) <br> ) | By:   Hon. Jackson L. Kiser<br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motions to dismiss and for summary judgment are **GRANTED** and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 29th day of November, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge