CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 2 9 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

WAYNE K. MATHIS,             )          Civil Action No. 7:11-cv-00271
    Plaintiff,           )
                         )
v.                           )          <u>ORDER</u>
                         )
DR. L. WANG, <u>et al.</u>,       )          By:   Hon. Jackson L. Kiser
    Defendants.          )               Senior United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motions to dismiss and for summary judgment are **GRANTED** and this action is

**STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff and counsel of record for defendants.

**ENTER**: This 29th day of November, 2012.

                        Senior United States District Judge